999 F.2d 1043
 Gary CORBIN, in his capacity as a Trustee and Fiduciary of
the Pattern & Model Makers Association of Warren &
Vicinity Pension Fund, Plaintiff-Appellant,
v.
Karl BLANKENBURG; John Cruz; Charles Furlotte; Robert
Kuschel; Joseph Laughhunn; Robert Joe Ledbetter; David
Margolis; David McEachin; Robert Stephens; Jerome Wilson;
Robert Udell; Mid-Continental Claim Service and
Administrators, Inc.; Gary Novara; Laurence Breskin,
Defendants-Appellees.
 No. 92-1540.
 United States Court of Appeals,
Sixth Circuit.
 Oct. 4, 1993.
 
 Before: MERRITT, Chief Judge; KEITH, KENNEDY, BOYCE F. MARTIN, NATHANIEL R. JONES, MILBURN, RALPH B. GUY, DAVID A. NELSON, RYAN, BOGGS, ALAN E. NORRIS, SUHRHEINRICH, SILER, and BATCHELDER, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.